FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0194

_____

QLARANT INTEGRITY SOLUTIONS, LLC,

Petitioner and Appellee,

v.                                                                    O R D E R

NICHOLAS GUTHNECK,

Respondent and Appellant.

_____

IT IS ORDERED that Honorable Luke Berger, District Judge, will sit in the above-entitled cause in place of Justice Jim Rice, who has recused himself.

The Clerk of this Court shall give notice of this Order to all counsel of record and to Honorable Luke Berger.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2024